**H. C. GLENN, Receiver of Temple Trust Company, Appellant, v. Clara Maud CAWLEY et al., Appellees.**

No. 8057.

Court of Civil Appeals of Texas. Austin.
Nov. 22, 1933.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellant.

McCLENDON, Chief Justice.

This cause is companion to H. C. Glenn, Receiver, Appellant, v. J. W. Green et al., Appellees (Tex. Civ. App.) 65 S.W.(2d) 386, this day decided. The issues involved are identical, and the decision in that case is controlling here and requires the same disposition.

The order appealed from is set aside, and the proceeding is dismissed, without prejudice.

Order set aside; proceeding dismissed.

**H. C. GLENN, Receiver of Temple Trust Company, Appellant, v. W. T. HAY et al., Appellees.**

No. 8058.

Court of Civil Appeals of Texas. Austin.
Nov. 22, 1933.

Jno. B. Daniel, of Temple, and Critz & Woodward, of Coleman, for appellant.

McCLENDON, Chief Justice.

This cause is companion to H. C. Glenn, Receiver, Appellant, v. J. W. Green et al., Appellees (Tex. Civ. App.) 65 S.W.(2d) 386, this day decided. The issues involved are identical, and the decision in that case is controlling here and requires the same disposition.

The order appealed from is set aside, and the proceeding is dismissed, without prejudice.

Order set aside; proceeding dismissed.

**LASETER et al. v. HYDE.**

No. 7873.

Court of Civil Appeals of Texas. Austin.
Nov. 1, 1933.

Hamilton, Fitzgerald & Grundy, of Memphis, for plaintiffs in error.

W. A. Morrison, of Cameron, for defendant in error.